**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSTANCE HENRY, on behalf of            :      Case no. 1:25-cv-11966
herself and all others similarly situated,    :
                                                            :
            Plaintiffs,                              :
                                                            :      **NOTICE OF VOLUNTARY**
        v.                                            :      **DISMISSAL WITH**
                                                                **PREJUDICE**
The Synergy Company of Utah, LLC,      :

            Defendant.                             :
                                                            :
                                                            :
                                                            :
                                                            :
                                                            :

- -------------------------------------------------------------- x

**PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: December 18, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*
**/s/ Alison Chan**
By: Alison Chan, Esq.
68-29 Main Street,
Flushing, NY 11367
O: (844) 731-3343
C: (630)-478-0856
Email: Dreyes@ealg.law